IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No.  3:24-cr-027 (1) |
| vs. | : | HONORABLE PETER B. SILVAIN |
| Cook, Garrett | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on May 10, 2024, and amends the following condition:

    1. *Mr. Cook must participate in one of the following location restriction programs and abide by all the requirements of the program which will include electronic monitoring (Home Detention)*

The amended condition will be ordered as follows:

    1. *Mr. Cook must participate in one of the following location restriction programs and abide by all the requirements of the program which will include electronic monitoring (Home Detention) – Mr. Cook is permitted to have work privileges.*

All other bond conditions remain in full force and effect.

Date: 10/16/24

HONORABLE PETER B. SILVAIN
UNITED STATES MAGISTRATE JUDGE